**[J-54-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: NOMINATION PETITION OF KARL MORRIS AS DEMOCRATIC CANDIDATE FOR REPRESENTATIVE IN CONGRESS, THIRD CONGRESSIONAL DISTRICT

APPEAL OF: KARL MORRIS

: No. 16 EAP 2026
:
: Appeal from the Commonwealth
: Court Order dated March 31,
: 2026, at Docket No. 128 MD
: 2026.
:
: SUBMITTED: April 11, 2026

**ORDER**

**PER CURIAM**                                    **DECIDED: April 12, 2026**

**AND NOW,** this 12th day of April, 2026, the Application for Relief to Correct the Record Pursuant to Pa.R.A.P. 1926 is **DENIED**, and the order of the Commonwealth Court is **AFFIRMED**.